# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140971

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DANNIE RAY BAKER,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140971
COA: 287849
Wayne CC: 07-023800-FH

On order of the Court, the application for leave to appeal the March 4, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

Clerk

p0920